**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-6976**

───────────────

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

    v.

PETER ROBERT JORDAN, a/k/a Pete, a/k/a Richard Mercer,

    Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:04-cr-00058-HEH-1)

───────────────

Submitted:  March 16, 2023                    Decided:  March 21, 2023

───────────────

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Peter Robert Jordan, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Jordan appeals the district court's order granting in part and denying in part his motion for a sentence reduction pursuant to § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order and deny Jordan's motion for the appointment of counsel. *United States v. Jordan*, No. 3:04-cr-00058-HEH-1 (E.D. Va. Aug. 16, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*